1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ11-161 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| MONTRESE WEAVER, | |
| Defendant. | |

Offenses charged:

    Count 1:    Conspiracy to Commit Mail Fraud, in violation of 18 U.S.C. § 1349

    Counts 2-4:    Scheme to Commit Mail Fraud, in violation of 18 U.S.C. §§ 1341 and 2

Date of Detention Hearing: April 14, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has two prior failures to appear.
2. Defendant has active warrants.
3. Defendant is currently in violation of his supervision.

4.     This is without prejudice to defendant's ability to seek release upon his initial appearance in the Northern District of Georgia.

IT IS THEREFORE ORDERED:

(1)    Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)    The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of April, 2011.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge